```
3/30/11                    PRIME INC.                         ACCDNTPGM
15:29:52            Accident/Incident Report System
                           ***Update Mode***

Acci/Incdt: 0053793 A  D/CL/CR/V.: 0   Entered : BEAGJ    Complete: _____
Date Occur:  3/11/09 *  Ord: 5499416   Date Ent: 3/11/09  Date Cmp: 0/00/00

                     Accident/Incident Comments
L/LANE, THERE WAS AN ACCIDENT ABOUT 1/4 MI AHEAD, BUT TRAFFIC  IFFER  . 3/12
WAS MOVING... T/V SPEED 55... T/V REARENDED CAR THAT WAS STOPPED IFFER  . 3/12
T/V ALSO HIT ANOTHER CAR WITH TRAILER DUE TO TRAILER STARTIN  IFFER  . 3/12
G TO COME AROUND FROM LOCKING BRAKES UP TO STOP... POLICE CALL IFFER  . 3/12
                                                                       More...


Cgo Dmg : N      Subro : N       Insur. Company: __ __ _____

Acc/Incdt ACCIDENT               Drv. Addr. : 65 KENSINGTON DR.
Location: I 70 MM44              Cty/St/Zp: BELLA VISTA    AR 72714 0000
City/St : BELLE VERNON   PA      Phone No : 479 381-8815 Update Mst: N
Zip Code: ____  Loc Code: ____   License #: AR 911761909

3-Exit 5-Upd  7-Causes  9-Injured 11-Witness  13-Unit Dmg 15-Pol 17-Brks 19-Revw
4-Ord  6-Type 8-Descrb 10-Restrt 12-Clmt Dmg 14-Comment  16-R.O 18-Tran HELP
```

EXHIBIT A