```
4/27/11                    P r i m e   I n c.                    DRVINCPGM
15:00:25                 Driver Incident System
                              UPDATE MODE

Ord#: 5350733 Disp: 01      Seq#: 01 Entered Date: 12/01/08 Time: 15:24:47
Code: INCI   For Driver: COPPC       Incident Date: 12/01/08 Flt Mgr: SPIVD

Entered by.. SPIVD           Truck........ 68133 Trlr 25591
Driver One.. STRONG MANDY G  Driver Two... COPPOLA CHRISTOPHER L
Shipper..... TRISE3 TRIDENT SEAFOOD  Consignee.... COSMT COSTCO#265

                    Incident Description
     LEAD STROMB STATES THE CODRIVER/TRAINEE IS STRUGGLING TO GRA   SPIVD
     SP GOOD DRIVING HABITS.  ALSO STATED HE IS VERY IMMATURE AND   SPIVD
     DOESNT LISTEN TO INSTRUCTION.  WE'LL BE BRINGING IN TO SPRI    SPIVD
     NO FOR COUNSELING SESSION TO ADDRESS THESE ISSUES.             SPIVD




                                                            More...

F3-Exit F4-Ord Hist F5-Update F7-Codes       F9-Mto Com/Folw
```

**EXHIBIT B**